FILED

AUG 25 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK CUNNINGHAM,　　　　　　　　　　　　08-CV-535-PK
HARRY HAWKINS,
and LINDA WIEHL,　　　　　　　　　　　　ORDER

        Plaintiffs,

v.

LUND TRUCKING CO.,

        Defendant.

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#55) on July 23, 2009, in which he recommends this Court deny Defendant's Motion to Dismiss (#42) and deny Plaintiff's Motion for Partial Summary Judgment (#34). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#55). Accordingly, the Court **DENIES** Defendant's Motion to Dismiss (#42) and **DENIES** Plaintiff's Motion for Partial Summary Judgment (#34).

IT IS SO ORDERED.

DATED this 19th day of August, 2009.

_____
ANNA J. BROWN
United States District Judge