FILED

MAR 0 8 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MARK CUNNINGHAM, et al., | ) | Civil No. 08-535-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| LUND TRUCKING CO. INC., | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that the parties' Stipulated Motion for Dismissal [65-1] is GRANTED and this action is DISMISSED with prejudice and with each party to bear its own attorney fees and costs.

Dated this 5th day of March, 2010.

by _____
Anna J. Brown
United States District Judge